1  Kirk K. Livermont (135416)
   Attorney at Law
2  251 North Edwards Street, P.O. Box 6
   Independence, California 93526
3  (760) 878-2401

4

5  Attorney for Defendant

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,      ) Case No: 5:05-MJ-45
                                    )
11 |                    Plaintiff   ) STIPULATION and Order
                                    )
12 | v                              )
                                    )
13 | BRUCE E. DAHLGREN,             )
                                    )
14 |                    Defendant   )

15

16         The parties, by and through their respective counsels, stipulate that the
17 Motion for Suppression of Evidence, presently scheduled for June 27, 2005, the
18 Pre-Trial Conference set for August 4, 2005, and the Trial set for August 8, 2005
19 shall be taken off-calendar and this matter shall be continued to September 20,
20 2005 at 10:00 am.
21         The reason for the stipulation is the parties have entered into agreement to
22 resolve the above-referenced matter and Mr. Dahlgren will be present at that
23 time for entry of plea on September 20, 2005. The stipulation would be in the
24 general terms that Mr. Dahlgren would enter a plea of "no contest" to violation of
25 36 CFR 2.4 (a) possession of a loaded firearm, and the other charge, violation of
26 36 CFR 2.1 (a)(1)(iii) would be dismissed.
27         The penalty would be that Mr. Dahlgren would receive a fine of $500.00
28 with a $10.00 assessment, no jail, no probation, and that the firearm would be

*Stipulation*
Page 1 of 2

1. returned to him upon payment of the fine. A check in the amount of $510.00 will
2. be issued on the day of sentencing.
3. Dated: June 6, 2005

_____
Kirk K. Livermont
Attorney for Defendant

7. Dated: JUNe 21, 2005

_____
Ed Derobertis
Attorney for Plaintiff

It is so Ordered, Dated: 6/22/2005

_____
United States Magistrate Judge

*Stipulation*
*Page 2 of 2*

# LAW OFFICE OF
# KIRK K. LIVERMONT

POST OFFICE BOX 6 • INDEPENDENCE, CA 93526

---

**MAIL ADDRESS:**
POST OFFICE BOX 6
INDEPENDENCE, CA 93526

**INDEPENDENCE OFFICE:**
251 NORTH EDWARDS STREET
INDEPENDENCE, CA 93526

**BISHOP OFFICE:**
115 WEST LINE STREET
BISHOP, CA 93514

**TELEPHONE:**
PHONE:    (760) 878-2401
FACSIMILE: (760) 878-2161
TOLL FREE: (800) 223-1525

**KIRK K. LIVERMONT**
*ATTORNEY AT LAW*

**J. KAY KAUFFMANN**
*LEGAL ASSISTANT*

June 17, 2005

Via Facsimile
760-786-2217

Ed Derobertis
U.S. Department of the Interior
National Park Service
Post Office Box 579
Death Valley, CA 92328

RE: United States v Bruce Dahlgren
    Case # 05-0264

Dear Mr. Derobertis:

On June 6, 2005, a proposed Stipulation continuing the hearings in the above-referenced matter was faxed to you for your approval and forwarding to the clerk's office. (Another copy is enclosed for your reference.)

I telephoned the clerk's office today and they have not yet received the Stipulation for the matter on calendar for Monday, June 27, 2005.

I telephoned your office and left a detailed message, but based upon your voice message, you will not be back until June 21, 2005.

Please review this document and advise, as I do not want to drive needlessly to Bakersfield, since we resolved this matter.

Your prompt attention to this is necessary.

Sincerely,

Kirk K. Livermont

KKL:mab
dictated but not read
enclosure
cc: Bruce Dahlgren
    Alan C. Leon Guerrero
        Courtroom Deputy Clerk

# U.S. DEPARTMENT OF THE INTERIOR
# NATIONAL PARK SERVICE
# DEATH VALLEY NATIONAL PARK




## FACSIMILE TRANSMITTAL

|                               | TELEPHONE #   | FAX#          |
|-------------------------------|---------------|---------------|
| COW CREEK RANGER OFFICE       | 760-786-3260  | 760-786-2217  |
| SHOSHONE RANGER OFFICE        | 760-852-4308  | 760-852-4231  |
| GRAPEVINE RANGER OFFICE       | 760-786-2313  | 760-786-2893  |
| STOVEPIPE WELLS RANGER OFFICE | 760-786-2342  | 760-786-2111  |

DATE: June 21, 2005
NUMBER OF PAGES (inc. cover): 4
TO: Alan Leon-Guerrero
FROM: Ed Derobertis, Death Valley, N.P.
SUBJECT: Suppression Hearing Remove from CALENDAR

COMMENTS: I have entered into plea agreement for Defendant Dahlgren. So the scheduled matter for next Monday can be cancelled. Please contact me at (760) 786-3294 if you have any questions.