UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

Bruce E. Dahlgren

CITATION / CASE NO. 5:05mj0045 TAG

Judgment
**ORDER TO PAY**

**FILED**
SEP 20 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SOCIAL SECURITY #: 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
DATE of BIRTH: 3-19-57
DRIVER'S LICENSE #: 200c117636
ADDRESS: 3713 W. GELDING DR
PHOENIX          AZ          85053
City                     State               Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: 20 SEPT 2005          _____
                              DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: _____ FINE _____ ASGMT. _____
CITATION / CASE NO: _____ FINE _____ ASGMT. _____

(✓) **FINE TOTAL** of $ 500.00 and a penalty assessment of $ 10.00 within _____ 10 (days/~~months~~) or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____
(✓) Gov't to return firearm to defendant upon payment

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and ~~mailed to~~ (circle one):

CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982

CLERK, USDC
501 "I" St., #4200
Sacramento, CA 95814

CLERK, USDC
1130 O Street, Rm 5000
Fresno, CA 93721

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 9/20/05          for: _____
                              U.S. MAGISTRATE JUDGE

Clerk's Office                                        EDCA - 03 Rev 8/97